April 10, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

IN THE INTEREST OF M.M.M. AND S.H.M., MINOR CHILDREN

NO. 14-12-01145-CV

––––––––––––––––––––––––––––––––

      This cause, an appeal from the "Order on Cindy Close's Motion for Partial Summary Judgment" and the "Order Granting [in part] Marvin McMurrey III's Motion for Summary Judgment," signed November 8, 2012, and made a final judgment by the "Order Granting Motion to Sever," signed November 28, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the orders. We order the judgment of the court below **AFFIRMED**.

      We order appellant, Marvin McMurrey, III, to pay all costs incurred in this appeal.

      We further order this decision certified below for observance.